UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JIANMING LIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26cv1131 DRL-SJF |

ORDER

Immigration detainee Jianming Lin, by counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his detention by United States Immigration and Customs Enforcement (ICE). He argued that he was entitled to habeas relief because there was no significant likelihood that he would be removed in the reasonably foreseeable future. He sought his immediate release from custody.

The respondent filed a status report and motion for dismissal, stating that Mr. Lin was removed on or about August 20, 2026. He asks the court to dismiss the case as moot because Mr. Lin is no longer in custody. Mr. Lin did not file a response, and the time to do so has passed. *See* N.D. Ind. L.R. 7-1(d)(3)(A). Because Mr. Lin is no longer in ICE custody, his habeas petition challenging his detention has become moot. *E.F.L. v. Prim*, 986 F.3d 959, 962–63 (7th Cir. 2021) ("The Constitution limits our jurisdiction to resolving live 'Cases' and 'Controversies,' rather than issuing advisory opinions."); *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on

the date the action was initiated.”). Therefore, the case must be dismissed. *E.F.L.*, 986 F.3d at 962.

For these reasons, the court GRANTS the motion to dismiss [6], DISMISSES the petition [2] as moot, and DIRECTS the clerk to close this case.

SO ORDERED.

October 2, 2026

*s/ Damon R. Leichty*
Judge, United States District Court